# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| Linda L. Rachels, ) | |
| ) | |
| ) | Civil Action No. 6:14-cv-01416-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon motion of Plaintiff, through her attorney, W. Daniel Mayes ("Counsel"), for an award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. (ECF No. 29.) The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $4,209.13 for 22.3 hours of attorney time at $188.75 per hour and $16.00 in expenses and $7.00 in costs. However, the parties agreed to a stipulated amount of $3,900.00 for attorney fees and $16.00 in expenses and $7.00 in costs. (ECF No. 30 ("Joint Stipulation for Attorney Fees").) Furthermore, the parties agreed that the stipulated amount of attorney fees payable to Plaintiff will be used to offset any outstanding federal debt the Commissioner determines Plaintiff owes.

The court has reviewed the Joint Stipulation (ECF No. 30) and finds the settlement between the parties reasonable. Therefore, Plaintiff is entitled to an award of attorney fees in the stipulated amount of $3,900.00 and $16.00 in expenses and $7.00 in costs. Plaintiff's Motion for Attorney Fees (ECF No. 29) is rendered moot.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

December 22, 2015
Columbia, South Carolina

2